Robert W. Lindsley et al., doing business under style and name of Consolidated Agency, Plaintiffs-Appellants, v. Benefit Association of Railway Employees, and Paul E. Keller, Ammon L. Miller, John W. Crews, John H. Lumley and John E. Bilsborrow, each individually and as an officer and director of Benefit Association of Railway Employees, Defendants-Appellees.

Gen No. 47,442.

First District, First Division.

February 28, 1958.

Released for publication March 17, 1958.

 Kirkland, Fleming, Green, Martin & Ellis, for appellants; Levinson, Becker & Peebles and Meyers & Mathias, for appellees. PER CURIAM. Not to be published in full.